IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HICKS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:09-CV-155-WKW |
| ) | |
| GARY HETZEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On 3 April 2009 Plaintiffs filed a Motion for Expedited Discovery (Doc. #23) seeking "permission to conduct limited, expedited discovery before the parties' Rule 26 conference." (Doc. #23 at 1). Specifically, Plaintiffs requested that a "correctional security expert, Steve J. Martin, [be allowed] to inspect Donaldson Correctional Facility during one business day during the weeks of April 20 or May 11." *Id*. Plaintiffs also sought to serve requests for production of documents, "the response to which [would] enable Mr. Martin to prepare for his inspection." *Id*. On 16 April 2009, Defendants filed a Response. (Doc. #33). In their Response, Defendants represented to the Court that the parties "conducted their Rule 26(f) conference on April 15, 2009 by telephone," and that the Motion to Expedite is now moot. (Doc. #33 at 2). Defendants also requested that the Court stay discovery on the merits of Plaintiffs' claims until the issue of class certification is resolved. To that end, Defendants have filed a Motion for Protective Order and/or Discovery Management Plan. (Doc. #36). On 17 April 2009, Plaintiffs filed a Reply to the Response to the Motion to Expedite, arguing

that, because the matter was not resolved at the Rule 26(f) conference, the motion is not moot. (Doc. #35). On 13 April 2009, the District Judge entered an Order requiring that the Rule 26(f) report containing the discovery plan be filed fourteen days after the undersigned rules on Plaintiffs' Motion to Expedite discovery. (Doc. #31).

The Motion to Expedite Discovery specifically sought to conduct the inspection prior to the parties' Rule 26 meeting. Upon the representation of Defendants' counsel, the parties have met. Thus, that request is now moot. Further, Plaintiff has failed to show good cause as to why Defendants should not be afforded the appropriate time to respond to the request to inspect under Rule 34(b)(2)(A). Accordingly, it is

ORDERED that the Motion (Doc. #23) is DENIED. Pursuant to the Court's Order of 13 April 2009 (Doc. #31), the Rule 26(f) report will be due on or before fourteen days after the date of this Order. The Court will address the request for bifurcated discovery and its implications for an inspection of Donaldson Correctional Facility by separate order. However, this Order should not be construed as a denial of Plaintiffs' request to inspect or to relieve Defendants of their requirement to respond.

Done this 23rd day of April, 2009.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED   STATES   MAGISTRATE   JUDGE