```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

_____
                                    )
JOHN HICKS, et al.,                 )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )    CIVIL ACTION
                                    )    No. 2:09-cv-155-WKW
                                    )
GARY HETZEL,                        )
Warden of Donaldson                 )
Correctional Facility, et al.,      )
                                    )
    Defendants.                     )
_____)

## PLAINTIFFS' MOTION TO REINSTATE CASE TO THE TRIAL DOCKET

Plaintiffs respectfully represent to this Court that the mediation process and settlement negotiations were unsuccessful in reaching a resolution to this matter. Therefore, Plaintiffs hereby respectfully request that the Court reinstate this case to the Court's trial docket, and also move to renew by adoption *Plaintiffs' Motion for Class Certification* [Doc. #82] and *Plaintiffs' Motion for Partial Summary Judgment on Failure to Protect Claim* [Doc. #92].[1]

---

[1] By order dated September 10, 2010, this Court denied without prejudice all pending motions, including *Plaintiffs' Motion for Partial Summary Judgment on Failure to Protect Claim*, "with leave to renew by adoption, if and when appropriate." (Doc. #142). By order dated September 16, 2010, this Court denied without prejudice *Plaintiffs' Motion for Class Certification* "with leave to renew by adoption, if and when appropriate." (Doc. #143).

Respectfully submitted this 18th day of January 2011.

SOUTHERN CENTER
FOR HUMAN RIGHTS

**s/ Melanie Velez**

Sarah Geraghty (GER013)
Melanie Velez (Ga. Bar No. 512460)
83 Poplar Street, N.W.
Atlanta, Georgia  30303-2122
Tel: (404) 688-1202
Fax: (404) 688-9440
sgeraghty@schr.org
mvelez@schr.org
lkung@schr.org


Herman Austin Watson, Jr.
Rebekah Keith McKinney
Watson, McKinney & Artrip LLP
PO Box 18368
Huntsville, AL 35804
Tel: (256) 536-7423
Fax: (256) 536-2689
watson@watsonmckinney.com
mckinney@watsonmckinney.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *Plaintiffs' Motion to Reinstate Case to the Trial Docket* upon Defendants by causing a true and correct copy thereof to be delivered by the Court's ECF filing system to Defendants' counsel of record at the following addresses:

>Mr. Kim Thomas
>Mr. Bart Harmon
>Ms. Anne Hill
>Alabama Department of Corrections
>Legal Division
>301 South Ripley Street
>P.O. Box 301501
>Montgomery, AL  36130
>Kim.thomas@doc.alabama.gov
>Bart.harmon@doc.alabama.gov
>Anne.hill@doc.alabama.gov

>Mr. David Boyd
>Mr. John Smith
>Mr. Louis Calligas
>Balch & Bingham LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, AL  36104
>dboyd@balch.com
>jgsmith@balch.com
>lcalligas@balch.com

This 18th day of January 2011.

>**s/ Melanie Velez**
>
>Melanie Velez (Ga. Bar No. 512460)
>Southern Center for Human Rights
>83 Poplar Street, N.W.
>Atlanta, Georgia  30303-2122
>Tel: (404) 688-1202
>Fax: (404) 688-9440
>
>*Attorney for the Plaintiffs*