```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

|  |  |
|---|---|
| JOHN HICKS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
|  | ) No. 2:09-cv-155-WKW |
| GARY HETZEL, Warden of Donaldson Correctional Facility, et al., | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of January 24, 2011 [Doc. No. 146], the parties file this Joint Status Report and state as follows:

    The parties have been unable to resolve this matter through mediation.  All of the issues raised in Plaintiffs' class certification motion and summary judgment motion remain unresolved. In addition, all of the issues raised by Defendants' motion for summary judgment remain unresolved.

Respectfully submitted this 28th day of January, 2011.

**s/Sarah Geraghty**
_____
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| Sarah Geraghty (GER013) | Mr. Herman Austin Watson, Jr. |
| sgeraghty@schr.org | ASB-6781-O74H |
| Melanie Velez | watson@watsonmckinney.com |
| Ga. Bar. No. 512460 | Ms. Rebekah Keith McKinney |
| mvelez@schr.org | ASB-3137-T64J |
| Southern Center for Human Rights | mckinney@watsonmckinney.com |
| | Watson, McKinney & Artrip LLP |
| 83 Poplar Street, N.W. | PO Box 18368 |
| Atlanta, Georgia 30303-2122 | Huntsville, AL 35804 |
| Telephone (404) 688-1202 | Telephone: (256) 536-7423 |
| Facsimile: (404) 688-9440 | Facsimile: (256) 536-2689 |

**s/John G. Smith**
_____
One of the Attorneys for Defendants
John G. Smith's name is affixed with express permission

**OF COUNSEL**:

| | |
|---|---|
| David R. Boyd (BOYD005) | Anne Adams |
| dboyd@balch.com | Anne.Adams@doc.alabama.gov |
| John G. Smith (SM1169) | Bart Harmon |
| jgsmith@balch.com | Bart.Harmon@doc.alabama.gov |
| Louis M. Calligas (CAL060) | Alabama Department of Corrections |
| lcalligas@balch.com | |
| Bach & Bingham, LLP | 301 S. Ripley Street |
| Post Office Box 78 | Montgomery, AL 36104 |
| Montgomery, AL 36101-0078 | Telephone: (334) 353-3885 |
| Telephone: (334) 834-6500 | Facsimile: (334) 353-3891 |
| Facsimile: (334)269-3115 | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *JOINT STATUS REPORT* upon counsel of record by causing a true and correct copy thereof to be delivered by the Court's ECF filing system to counsel at the following addresses:

Mr. Bart Harmon
Ms. Anne Hill
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL  36130

Mr. David Boyd
Mr. John Smith
Mr. Louis Calligas
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL  36104

Mr. Herman Austin Watson, Jr.
Ms. Rebekah Keith McKinney
Watson, McKinney & Artrip LLP
PO Box 18368
Huntsville, AL 35804

This 28th day of January 2011.

                                              **s/Sarah Geraghty**

                                              Sarah Geraghty (GER013)
                                              Southern Center for Human Rights
                                              83 Poplar Street, N.W.
                                              Atlanta, Georgia  30303-2122
                                              Tel: (404) 688-1202
                                              Fax: (404) 688-9440

                                              *Attorney for the Plaintiffs*