IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HICKS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:09-cv-155-WKW |
| ) | |
| GARY HETZEL, et al., ) | |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT MOTION TO STAY**

Plaintiffs Charles Malec, James Taylor, and Gregory Wynn ("Plaintiffs") and Defendants Kim Thomas, Commissioner of the Alabama Department of Corrections, Robert Bentley, Governor of the State of Alabama, Gary Hetzel, Correctional Warden III at Donaldson Correctional Facility, Christopher Gordy, Correctional Warden II at Donaldson Correctional Facility and Lloyd Hicks, Correctional Warden I at Donaldson Correctional Facility, named in their official capacities, ("Defendants") jointly move to stay this action and to have it placed on the Court's administrative docket until March 28, 2012. As grounds, Plaintiffs and Defendants state as follows:

1. The parties have reached a settlement of this matter and will be executing a settlement agreement ("Agreement").

2. In conjunction with and as part of the Agreement, the parties have agreed that this action should be stayed until March 28, 2012 so that Defendants may fulfill their obligations specified in the Agreement. The parties have further agreed that, in the event Plaintiffs conclude that Defendants have failed to fulfill their obligations under the Agreement, Plaintiffs may file a

215326.1

motion, at any time on or prior to March 28, 2012, requesting that this case be restored to the Court's active docket for such proceedings as the Court deems necessary and appropriate.

3. If Plaintiffs do not move to restore the case to the Court's active docket on or before March 28, 2012, this lawsuit is then due to be dismissed without prejudice.

4. In the event that Plaintiffs do not move to restore the case to the active docket by March 28, 2012, Defendants will so notify the Court by the close of business on that day, so that the action can then be dismissed without prejudice as contemplated by the Agreement.

WHEREFORE, the premises considered, Plaintiffs and Defendants jointly move the court to stay this lawsuit and to place it on the court's administrative docket as described herein.

Respectfully submitted this the 19th day of April, 2011.

*/s/ Herman Austin Watson*[1]
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| Sarah Geraghty | Herman Austin Watson, Esq. |
| sgeraghty@schr.org | watson@watsonmckinney.com |
| Melanie Velez | Rebekah Keith McKinney |
| mvelez@schr.org | mckinney@watsonmckinney.com |
| Southern Center for Human Rights | Watson, McKinney & Artrip LLP |
| 83 Poplar Street, N.W. | P.O. Box 18368 |
| Atlanta, Georgia 30303-2122 | Huntsville, Alabama 35804-8368 |

---

[1] Counsel for the Plaintiffs have consented to the filing of this Joint Motion to Stay and have authorized it to be electronically signed on their behalf.

*/s/John G. Smith*
One of the Attorneys for Defendants

**OF COUNSEL:**

| | |
|---|---|
| David R. Boyd (BOY005) | Anne C. Adams |
| dboyd@balch.com | Anne.Hill@doc.alabama.gov |
| John G. Smith (SMI169) | Bart Harmon |
| jgsmith@balch.com | Bart.Harmon@doc.alabama.gov |
| Louis M. Calligas (CAL060) | Alabama Department of Corrections |
| lcalligas@balch.com | 301 S. Ripley Street |
| BALCH & BINGHAM LLP | Montgomery, AL 36104 |
| Post Office Box 78 | Telephone: (334) 353-3885 |
| Montgomery, AL 36101-0078 | Facsimile: (334) 353-3891 |
| Telephone: (334) 834-6500 | |
| Facsimile: (334) 269-3115 | |